**FILED**

**SEP - 9 2014**

**Clerk, U.S. District and Bankruptcy Courts**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITTANY SPENCER,<br>4006 Ames St., NE,<br>Washington, DC 20019, | )<br>)<br>)  Judge _____<br>)  Civil Action No. _____ |
|     PLAINTIFF<br>  vs. | )<br>)<br>)  **JURY TRIAL DEMANDED** |
| DISTRICT OF COLUMBIA, | ) |
|   and | )<br>) |
| JOHN AND JANE DOE OFFICERS,<br>*in their individual capacity,* | ) |
| | Case: 1:14-cv-01541<br>Assigned To : Cooper, Christopher R.<br>Assign. Date : 9/9/2014<br>Description: Pro Se Gen. Civil |
|    DEFENDANTS | )<br>)<br>)<br>)<br>) |

## COMPLAINT

### THE PARTIES

1. Plaintiff BRITTANY SPENCER is a citizen of the District of Columbia.

2. Defendant DISTRICT OF COLUMBIA is a municipal corporation. The Metropolitan Police Department (MPD) is an agency of Defendant District of Columbia.

3. Defendants JOHN AND JANE DOE OFFICERS are and were, at all times relevant to this Complaint, MPD officers. JOHN AND JANE DOE OFFICERS are being sued in their individual capacity. At all times relevant to this Complaint, JOHN AND JANE DOE OFFICERS were acting under color of District law within the scope of their employment with the District of Columbia.

**RECEIVED**

AUG 2 2 2014

Clerk, U.S. District and
Bankruptcy Courts

1

## JURISDICTION AND VENUE

4.     This action arises under 42 USC § 1983 and the District of Columbia common law.

5.     This Court has jurisdiction over the parties and subject matter pursuant to 28 USC § 1331 and § 1367(a).

6.     Venue is proper in this district pursuant to 28 USC § 1391(b)(2) because the events or omissions giving rise to this action occurred in the District of Columbia.

## STATEMENT OF FACTS

7.     On May 11, 2014, Plaintiff BRITTANY SPENCER was assaulted in front of a nightclub known as Twelve Restaurant & Lounge (XII), located at 1123 H St., NE.

8.     As a result of the assault, BRITTANY SPENCER's clothing was ripped, resulting in her bare breasts being exposed.

9.     Metropolitan Police Department officers at the scene arrested both BRITTANY SPENCER and her assailant.

10.     Metropolitan Police Department officers handcuffed BRITTANY SPENCER and placed her in a police cruiser.

11.     BRITTANY SPENCER repeatedly asked JOHN AND JANE DOE OFFICERS if she could cover her exposed breasts, but she was not permitted to do so.

12.     BRITTANY SPENCER's girlfriend told one of the JOHN DOE officers who was standing next to the police cruiser, "Her titties are showing, officer. Her titties cannot be showing. Fix her shirt. Fix her shirt, man. Her titties are fucking showing. Fix her fucking shirt." That officer told BRITTANY SPENCER's girlfriend that she had to back up and that a female officer would fix her shirt.

13.     No female officer came to fix BRITTANY SPENCER's shirt at that point. Instead, one of the JOHN DOE officers who was standing outside the patrol car asked BRITTANCE SPENCER, who was seated inside the patrol car, her name and Social Security number.   BRITTANY SPENCER's girlfriend said to that JOHN DOE officer and one other JOHN DOE officer, "Her titties are showing.  Can we please get a female officer to cover her fucking titties? Her titties are fucking showing."

14.     BRITTANY SPENCER's girlfriend asked the JOHN AND JANE DOE OFFICERS if she could provide a jacket so that BRITTANY SPENCER would not be bare-chested, but the JOHN AND JANE DOE OFFICERS refused her offer.

15.     Eventually, one of the JANE DOE officers adjusted BRITTANY SPENCER's shirt so that her nipples were not exposed, but did not otherwise cover BRITTANY SPENCER's bare breasts.

16.     JOHN DOE OFFICERS transported BRITTANY SPENCER, with her breasts exposed, to the police station.

17.     At the police station, BRITTANY SPENCER was placed in a cell by herself, but in view of other individuals.

18.     BRITTANY SPENCER was held at the police station for a lengthy period with no access to water, no shirt, and no shoes.

19.     There were numerous items available to the JOHN AND JANE DOE OFFICERS, both at the police station and at the scene of the arrest, which could have safely been provided to BRITTANY SPENCER to permit her to cover her breasts.

## COUNT I:
## NEGLIGENCE
### (JOHN AND JANE DOE OFFICERS, DISTRICT OF COLUMBIA)

20.     This Count realleges and incorporates by reference each of the preceding paragraphs.

21.     JOHN AND JANE DOE OFFICERS owed a duty of care to BRITTANY SPENCER to permit her to cover her breasts and to not transport her to the police station with her breasts exposed.

22.     JOHN AND JANE DOE OFFICERS owed a duty of care to BRITTANY SPENCER to permit her to cover her breasts while she was being held at the police station.

23.     JOHN AND JANE DOE OFFICERS breached their duty by refusing to permit BRITTANY SPENCER to cover up her breasts.

24.     As a result of the negligence of the JOHN AND JANE DOE OFFICERS, BRITTANY SPENCER suffered injuries including, but not limited to, embarrassment, crying, weight loss, anxiety, mental and emotional distress, and loss of privacy.

25.     BRITTANY SPENCER, through counsel, provided notice of her claim pursuant to D.C. Code § 12-309 to the District of Columbia on June 5, 2014.

26.     The DISTRICT OF COLUMBIA is liable for the negligence of the JOHN AND JANE DOE OFFICERS under the doctrine of *respondeat superior* because JOHN DOE 1-3 were acting within the scope of their duties as officers for the MPD.

## COUNT II:
## FOURTH AMENDMENT (42 U.S.C. § 1983)
### (JOHN AND JANE DOE OFFICERS)

27.     This Count realleges and incorporates by reference each of the preceding paragraphs.

28.     The arrest and seizure of BRITTANY SPENCER was objectively unreasonable and therefore unconstitutional because JOHN AND JANE DOE OFFICERS refused to permit BRITTANY SPENCER to cover her breasts.

29.     These JOHN AND JANE DOE OFFICERS also violated BRITTANY SPENCER's constitutional right to privacy by refusing to permit BRITTANY SPENCER to cover her breasts.

30.     The JOHN AND JANE DOE OFFICERS who did not directly participate in the violation of BRITTANY SPENCER's constitutional also rights are also liable for failing to intervene.  These bystander JOHN AND JANE DOE OFFICERS saw BRITTANY SPENCER's exposed breasts and could have permitted BRITTANY SPENCER to cover herself, but nevertheless stood by and did nothing to help.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial as to all issues for which she is so entitled.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare Defendants' actions to be unlawful;

(2) Award Plaintiff compensatory and punitive damages in an amount to be determined at trial, except that punitive damages are not being sought as to the District of Columbia;

(3) Grant Plaintiff an award of attorney fees and other litigation costs reasonably incurred in this action;

(4) Grant Plaintiff such other and further relief which the Court deems proper.

Respectfully Submitted,

/s/ Jeffrey L. Light

Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213

*Counsel for Plaintiff*

6