UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRITTANY SPENCER,   )
                    )
        PLAINTIFF   )
    vs.             )
                    )   Case No. 1:14-cv-1541 (CRC)
DISTRICT OF COLUMBIA,   )
                    )   **JURY TRIAL DEMANDED**
    and             )
                    )
JOHN AND JANE DOE OFFICERS,   )
*in their individual capacities*,   )
                    )
        DEFENDANTS   )
                    )

# FIRST AMENDED COMPLAINT

## THE PARTIES

1. Plaintiff BRITTANY SPENCER is a citizen of the District of Columbia.

2. Defendant DISTRICT OF COLUMBIA is a municipal corporation. The Metropolitan Police Department (MPD) is an agency of Defendant District of Columbia.

3. Defendants JOHN AND JANE DOE OFFICERS are and were, at all times relevant to this Complaint, MPD officers. JOHN AND JANE DOE OFFICERS are being sued in their individual capacity. At all times relevant to this Complaint, JOHN AND JANE DOE OFFICERS were acting under color of District law within the scope of their employment with the District of Columbia.

## JURISDICTION AND VENUE

4. This action arises under 42 USC § 1983 and the District of Columbia common law.

1

5. This Court has jurisdiction over the parties and subject matter pursuant to 28 USC § 1331 and § 1367(a).

6. Venue is proper in this district pursuant to 28 USC § 1391(b)(2) because the events or omissions giving rise to this action occurred in the District of Columbia.

## STATEMENT OF FACTS

7. On May 11, 2014, Plaintiff BRITTANY SPENCER was assaulted in front of a nightclub known as Twelve Restaurant & Lounge (XII), located at 1123 H St., NE.

8. As a result of the assault, BRITTANY SPENCER's clothing was ripped, resulting in her bare breasts being exposed.

9. Metropolitan Police Department officers at the scene arrested both BRITTANY SPENCER and her assailant.

10. JOHN AND JANE DOE OFFICERS handcuffed BRITTANY SPENCER and required her to remain standing outside, bare-breasted, for approximately ten minutes, in view of a large crowd.

11. There was a large crowd outside because it was closing time at the bars on H Street NE. Several men in the crowd were staring at BRITTANY SPENCER's exposed breasts, causing her embarrassment.

12. The crowd was not disorderly or chaotic.

13. BRITTANY SPENCER asked JOHN AND JANE DOE OFFICERS if they could cover her exposed breasts, but they refused to do so.

14. There were at least five JOHN AND JANE DOE OFFICERS on the scene. The number of officers present was sufficient to take care of any necessary law

enforcement tasks while still having time to cover up BRITTANY SPENCER's exposed breasts.

15.     JOHN AND JANE DOE OFFICERS placed BRITTANY SPENCER in a police cruiser.

16.     BRITTANY SPENCER's bare breasts were visible to JOHN AND JANE DOE OFFICERS and individuals in the crowd through the window of the police cruiser. JOHN AND JANE DOE OFFICERS made no attempt to block the crowd's view into the police cruiser or otherwise obscure BRITTANY SPENCER's breasts from public view.

17.     BRITTANY SPENCER's girlfriend told one of the JOHN DOE OFFICERS who was standing next to the police cruiser, "Her titties are showing, officer. Her titties cannot be showing.  Fix her shirt. Fix her shirt, man.  Her titties are fucking showing.  Fix her fucking shirt." That officer told BRITTANY SPENCER's girlfriend that she had to back up and that a female officer would fix her shirt.

18.     However, no female officer came to fix BRITTANY SPENCER's shirt at that point. Instead, one of the JOHN DOE OFFICERS who was standing outside the patrol car asked BRITTANY SPENCER, who was seated inside the patrol car, her name and Social Security number. BRITTANY SPENCER's girlfriend said to that JOHN DOE OFFICER and one other JOHN DOE OFFICER, "Her titties are showing.  Can we please get a female officer to cover her fucking titties? Her titties are fucking showing."

19.     BRITTANY SPENCER's girlfriend repeatedly asked the JOHN AND JANE DOE OFFICERS if she could provide a jacket so that BRITTANY SPENCER would not be bare-chested, but the JOHN AND JANE DOE OFFICERS refused her offers.

20. The jacket offered by BRITTANY SPENCER's girlfriend contained no contraband or weapons, and the JOHN AND JANE DOE OFFICERS could have verified this fact if they had needed to do so.

21. BRITTANY SPENCER was in the parked police cruiser outside the club for a total of approximately twenty to thirty minutes.

22. General Order 301.01 requires police cruisers to be equipped with a disposable blanket. On information and belief, there was a disposable blanket in the trunk of the police cruiser which could have been used to cover BRITTANY SPENCER's exposed breasts. However, at no time did any of the JOHN AND JANE DOE OFFICERS use the disposable blanket or any other object to cover BRITTANY SPENCER's exposed breasts.

23. Just before the police cruiser left the scene for the police station, one of the JANE DOE OFFICERS adjusted BRITTANY SPENCER's ripped shirt so that her nipples were not exposed, but did not otherwise cover BRITTANY SPENCER's bare breasts.

24. The adjustment to BRITTANY SPENCER's shirt came undone during the ride to the police station, which lasted approximately ten minutes.

25. One of the JANE DOE OFFICERS was seated beside BRITTANY SPENCER during the ride to the police station, but she failed to readjust the shirt after it had come undone.

26. Three JOHN AND JANE DOE OFFICERS transported BRITTANY SPENCER, with her breasts exposed, to the police station. The ride to the police station lasted approximately ten minutes.

27. At the police station, BRITTANY SPENCER was placed in a cell with another female.

28. BRITTANY SPENCER was held at the police station for several hours with no access to water, nothing to cover her breasts, and no shoes.

29. While in the holding cell at the police station, BRITTANY SPENCER's exposed breasts were visible to her cellmate and numerous JOHN AND JANE DOE OFFICERS.

30. It was extremely cold at the police station.

31. BRITTANY SPENCER's girlfriend was present at the police station during this time and repeatedly asked the JOHN AND JANE DOE OFFICERS if she could provide a jacket so that BRITTANY SPENCER would not be bare-chested. The JOHN AND JANE DOE OFFICERS refused her repeated offers. After several hours, however, they accepted the offer and allowed BRITTANY SPENCER to receive a jacket to cover herself.

32. On information and belief, there were numerous items available to the JOHN AND JANE DOE OFFICERS at the police station which could have safely been provided to BRITTANY SPENCER to permit her to cover her breasts.

33. On information and belief, no legitimate law enforcement purpose was served by the JOHN AND JANE DOE OFFICERS refusing to cover up BRITTANY SPENCER's exposed breasts. In the alternative, the JOHN AND JANE DOE OFFICERS required BRITTANY SPENCER to remain bare-breasted for a period that was longer than necessary to serve any legitimate law enforcement purpose.

## COUNT I:
## INVASION OF PRIVACY (INTRUSION UPON SECLUSION)
### (DEFENDANT DISTRICT OF COLUMBIA)

34.     This Count realleges and incorporates by reference each of the preceding paragraphs.

35.     JOHN AND JANE DOE OFFICERS intruded upon BRITTANY SPENCER's seclusion by intentionally requiring her to remain bare-breasted against her will. It was unnecessary and unreasonable to not immediately cover up BRITTANY SPENCER's breasts once she was securely in police custody.

36.     The conduct of the JOHN AND JANE DOE OFFICERS would be highly offensive to a reasonable person. Requiring a woman to have her breasts exposed to the general public, including members of the opposite sex, would be considered highly offensive by ordinary persons.

37.     The JOHN AND JANE DOE OFFICERS did not need to make BRITTANY SPENCER remain bare-breasted to protect the safety of themselves or anyone else.

38.     As a result of the actions or omissions of JOHN AND JANE DOE OFFICERS, BRITTANY SPENCER suffered injuries including, but not limited to, embarrassment, crying, weight loss, anxiety, mental and emotional distress, and loss of privacy.

39.     BRITTANY SPENCER, through counsel, provided notice of her claim pursuant to D.C. Code § 12-309 to the District of Columbia on June 5, 2014.

40.     The DISTRICT OF COLUMBIA is liable for the tortious conduct of the JOHN AND JANE DOE OFFICERS under the doctrine of *respondeat superior* because they were acting within the scope of their duties as officers for the MPD.

<u>COUNT II:</u>
<u>FOURTH AMENDMENT (42 U.S.C. § 1983)</u>
(JOHN AND JANE DOE OFFICERS)

41. This Count realleges and incorporates by reference each of the preceding paragraphs.

42. The arrest and seizure of BRITTANY SPENCER was objectively unreasonable and therefore unconstitutional because JOHN AND JANE DOE OFFICERS refused to cover BRITTANY SPENCER's breasts.

43. BRITTANY SPENCER had a clearly established constitutional right to privacy which was violated the manner in which she was arrested and detained. By requiring BRITTANY SPENCER to remain bare-breasted for no legitimate law enforcement purpose, JOHN AND JANE DOE OFFICERS carried out the arrest and detention of BRITTANY SPENCER in an unreasonable manner.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial as to all issues for which she is so entitled.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare Defendants' actions to be unlawful;

(2) Award Plaintiff compensatory and punitive damages in an amount to be determined at trial, except that punitive damages are not being sought as to the District of Columbia;

(3) Grant Plaintiff an award of attorney fees and other litigation costs reasonably incurred in this action;

(4) Grant Plaintiff such other and further relief which the Court deems proper.

Respectfully Submitted,

\_\_\_/s/ Jeffrey L. Light_____

Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*