UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITTANY SPENCER,<br><br>       PLAINTIFF<br>  vs.<br><br>DISTRICT OF COLUMBIA,<br><br>OFC. OWAIS AKHTAR,<br>OFC. ANTHONY SMITH,<br>OFC. TARA TINDALL,<br>LT. BRIAN A. MURPHY,<br>OFC. JOKPA ONOJAFE,<br>OFC. RANDY DONE,<br>SGT. KAI GAINEY,<br>OFC. MICHAEL KIM,<br><br>    and<br><br>OFC. JOHN LAINHART,<br><br>*in their individual capacities*,<br><br>       DEFENDANTS | Case No. 1:14-cv-1541 (CRC)<br><br>**JURY TRIAL DEMANDED** |

**SECOND AMENDED COMPLAINT**

THE PARTIES

1.      Plaintiff BRITTANY SPENCER is a citizen of the District of Columbia.

2.      Defendant DISTRICT OF COLUMBIA is a municipal corporation.  The Metropolitan Police Department (MPD) is an agency of Defendant District of Columbia.

1

3.  For convenience, Defendants OFC. OWAIS AKHTAR, OFC. ANTHONY SMITH, and OFC. TARA TINDALL will be referred to collectively as the "TRANSPORTING OFFICERS."

4.  For convenience, Defendants LT. BRIAN A. MURPHY, OFC. JOKPA ONOJAFE, and OFC. APRIL EPPS will be referred to collectively as the "STATION OFFICERS."

5.  For convenience, Defendants OFC. RANDY DONE, SGT. KAI GAINEY, OFC. MICHAEL KIM, OFC. TARA TINDALL, and OFC. JOHN LAINHART will be referred to collectively as the "ON THE SCENE OFFICERS."

6.  The individually named officers are being sued in their individual capacities. At all times relevant to this Complaint, the named officers were acting under color of District law within the scope of their employment with the District of Columbia.

## JURISDICTION AND VENUE

7.  This action arises under 42 USC § 1983 and the District of Columbia common law.

8.  This Court has jurisdiction over the parties and subject matter pursuant to 28 USC § 1331 and § 1367(a).

9.  Venue is proper in this district pursuant to 28 USC § 1391(b)(2) because the events or omissions giving rise to this action occurred in the District of Columbia.

## STATEMENT OF FACTS

10. On May 11, 2014, Plaintiff BRITTANY SPENCER was assaulted in front of a nightclub known as Twelve Restaurant & Lounge (XII), located at 1123 H St., NE.

11. As a result of the assault, BRITTANY SPENCER's clothing was ripped, resulting in her bare breasts being exposed.

12. Metropolitan Police Department officers at the scene arrested both BRITTANY SPENCER and her assailant.

13. SGT. GAINEY handcuffed BRITTANY SPENCER and he and the other ON THE SCENE OFFICERS required her to remain standing outside, bare-breasted, for approximately ten minutes, in view of a large crowd.

14. There was a large crowd outside because it was closing time at the bars on H Street NE. Several men in the crowd were staring at BRITTANY SPENCER's exposed breasts, causing her embarrassment.

15. The crowd was not disorderly or chaotic.

16. BRITTANY SPENCER asked the ON THE SCENE OFFICERS if they could cover her exposed breasts, but they refused to do so.

17. There were at least five officers on the scene. The number of officers present was sufficient to take care of any necessary law enforcement tasks while still having time to cover up BRITTANY SPENCER's exposed breasts.

18. BRITTANY SPENCER was placed in a police cruiser.

19. BRITTANY SPENCER's bare breasts were visible to the ON THE SCENE OFFICERS, and individuals in the crowd through the window of the police cruiser. The ON THE SCENE OFFICERS made no attempt to block the crowd's view into the police cruiser or otherwise obscure BRITTANY SPENCER's breasts from public view.

20. BRITTANY SPENCER's girlfriend told one of the ON THE SCENE OFFICERS who was standing next to the police cruiser, "Her titties are showing, officer. Her titties cannot be showing. Fix her shirt. Fix her shirt, man. Her titties are fucking

showing. Fix her fucking shirt." That officer told BRITTANY SPENCER's girlfriend that she had to back up and that a female officer would fix her shirt.

21. However, no female officer came to fix BRITTANY SPENCER's shirt at that point. Instead, one of the ON THE SCENE OFFICERS who was standing outside the patrol car asked BRITTANY SPENCER, who was seated inside the patrol car, her name and Social Security number. BRITTANY SPENCER's girlfriend said to that officer and one other officer, "Her titties are showing. Can we please get a female officer to cover her fucking titties? Her titties are fucking showing."

22. BRITTANY SPENCER's girlfriend repeatedly asked the ON THE SCENE if she could provide a jacket so that BRITTANY SPENCER would not be bare-chested, but the ON THE SCENE OFFICERS refused her offers.

23. The jacket offered by BRITTANY SPENCER's girlfriend contained no contraband or weapons, and the ON THE SCENE OFFICERS could have verified this fact if they had needed to do so.

24. BRITTANY SPENCER was in the parked police cruiser outside the club for a total of approximately twenty to thirty minutes.

25. General Order 301.01 requires police cruisers to be equipped with a disposable blanket. There was a disposable blanket in the trunk of the police cruiser which could have been used to cover BRITTANY SPENCER's exposed breasts. However, at no time did any of the ON THE SCENE OFFICERS or TRANSPORTING OFFICERS use the disposable blanket or any other object to cover BRITTANY SPENCER's exposed breasts.

26. Just before the police cruiser left the scene for the police station, OFC. TINDALL adjusted BRITTANY SPENCER's ripped shirt so that her nipples were not exposed, but did not otherwise cover BRITTANY SPENCER's bare breasts.

27. The adjustment to BRITTANY SPENCER's shirt came undone during the ride to the police station, which lasted approximately ten minutes.

28. OFC. TINDALL was seated beside BRITTANY SPENCER during the ride to the police station, but OFC. TINDALL failed to readjust the shirt after it had come undone.

29. The TRANSPORTING OFFICERS transported BRITTANY SPENCER, with her breasts exposed, to the police station. The ride to the police station lasted approximately ten minutes.

30. At the police station, BRITTANY SPENCER was placed in a cell with another female.

31. BRITTANY SPENCER was held at the police station for several hours with no access to water, nothing to cover her breasts, and no shoes.

32. While in the holding cell at the police station, BRITTANY SPENCER's exposed breasts were visible to her cellmate and the STATION OFFICERS.

33. It was extremely cold at the police station.

34. BRITTANY SPENCER's girlfriend was present at the police station during this time and repeatedly asked the STATION OFFICERS if she could provide a jacket so that BRITTANY SPENCER would not be bare-chested. The STATION OFFICERS refused her repeated offers. After several hours, however, there was a shift

change and one of the officers on the new shift accepted the offer and allowed BRITTANY SPENCER to receive a jacket to cover herself.

35. On information and belief, there were numerous items available to the STATION OFFICERS at the police station which could have safely been provided to BRITTANY SPENCER to permit her to cover her breasts.

36. On information and belief, no legitimate law enforcement purpose was served by the Defendants refusing to cover up BRITTANY SPENCER's exposed breasts. In the alternative, the Defendants required BRITTANY SPENCER to remain bare-breasted for a period that was longer than necessary to serve any legitimate law enforcement purpose.

COUNT I:
INVASION OF PRIVACY (INTRUSION UPON SECLUSION)
(DEFENDANT DISTRICT OF COLUMBIA)

37. This Count realleges and incorporates by reference each of the preceding paragraphs.

38. The defendants intruded upon BRITTANY SPENCER's seclusion by intentionally requiring her to remain bare-breasted against her will. It was unnecessary and unreasonable to not immediately cover up BRITTANY SPENCER's breasts once she was securely in police custody.

39. The conduct of the defendants would be highly offensive to a reasonable person. Requiring a woman to have her breasts exposed to the general public, including members of the opposite sex, would be considered highly offensive by ordinary persons.

40. The defendants did not need to make BRITTANY SPENCER remain bare-breasted to protect the safety of themselves or anyone else.

6

41. As a result of the actions or omissions of the defendants, BRITTANY SPENCER suffered injuries including, but not limited to, embarrassment, crying, weight loss, anxiety, mental and emotional distress, and loss of privacy.

42. BRITTANY SPENCER, through counsel, provided notice of her claim pursuant to D.C. Code § 12-309 to the District of Columbia on June 5, 2014.

43. The DISTRICT OF COLUMBIA is liable for the tortious conduct of the individually named defendants under the doctrine of *respondeat superior* because they were acting within the scope of their duties as officers for the MPD.

## COUNT II:
## FOURTH AMENDMENT (42 U.S.C. § 1983)
(All individually named defendants)

44. This Count realleges and incorporates by reference each of the preceding paragraphs.

45. The arrest and seizure of BRITTANY SPENCER was objectively unreasonable and therefore unconstitutional because the individually named officers refused to cover BRITTANY SPENCER's breasts.

46. BRITTANY SPENCER had a clearly established constitutional right to privacy which was violated by the manner in which she was arrested and detained. By requiring BRITTANY SPENCER to remain bare-breasted for no legitimate law enforcement purpose, the defendants carried out the arrest and detention of BRITTANY SPENCER in an unreasonable manner.

DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial as to all issues for which she is so entitled.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare Defendants' actions to be unlawful;

(2) Award Plaintiff compensatory and punitive damages in an amount to be determined at trial, except that punitive damages are not being sought as to the District of Columbia;

(3) Grant Plaintiff an award of attorney fees and other litigation costs reasonably incurred in this action;

(4) Grant Plaintiff such other and further relief which the Court deems proper.

Respectfully Submitted,

  /s/ Jeffrey L. Light

Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*