UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITTANY SPENCER, | ) |
|        *PLAINTIFF*, | ) Case No.     1:14-cv-1541 (CRC) |
| vs. | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
|        *DEFENDANTS*. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's September 6, 2016 Order, the parties respectfully submit this Joint Status Report.

The parties have reached an agreement to settle this matter, but have not yet had time to reduce the agreement to writing and fully execute it. Accordingly, the parties respectfully request that the current stay remain in place for an additional period of 30 days, up to and including November 2, 2016. If the parties have not filed a stipulation of dismissal by that date, they will file a further status report.

Dated: October 3, 2016

Respectfully submitted,

| | |
|---|---|
| KARL A. RACINE |    /s/ Jeffrey Light_____ |
| Attorney General for the | Jeffrey L. Light |
| District of Columbia | D.C. Bar #485360 |
| | 1712 Eye St., NW |
| GEORGE C. VALENTINE | Suite 915 |
| Deputy Attorney General | Washington, DC 20006 |
| Civil Litigation Division | (202) 277-6213 |
| | |
| /s/ *Jonathan H. Pittman*_____ | Jeffrey@LawOfficeOfJeffreyLight.com |
| JONATHAN H. PITTMAN [430388] | |
| Assistant Deputy Attorney General | *Counsel for Plaintiff* |

1

Civil Litigation Division

/s/ *Martha J. Mullen*
MARTHA J. MULLEN [419036]
Senior Assistant Attorney General
(202) 724-6612
martha.mullen@dc.gov

/s/ *Tram T. Pham*
TRAM T. PHAM*
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
Telephone: (202) 724-6644
Email: tram.pham@dc.gov

*Counsel for Defendants*

*\*Admitted to practice only in California.  Practicing in the District of Columbia under the direct supervision of Martha J. Mullen, a member of the D.C. Bar, pursuant to D.C. Court of Appeals Rule 49(c)(4).*