# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRITTANY SPENCER,** | ) |
| *PLAINTIFF*, | ) Case No. 1:14-cv-1541 (CRC) |
| vs. | ) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) |
| *DEFENDANTS*. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of the above Court will please note that all claims in the above-captioned matter are DISMISSED WITH PREJUDICE. The parties shall bear their own costs.

Dated: November 1, 2016

Respectfully submitted,

| | |
|---|---|
| KARL A. RACINE | ___/s/ Jeffrey Light_____ |
| Attorney General for the | Jeffrey L. Light |
| District of Columbia | D.C. Bar #485360 |
| | 1712 Eye St., NW |
| GEORGE C. VALENTINE | Suite 915 |
| Deputy Attorney General | Washington, DC 20006 |
| Civil Litigation Division | (202) 277-6213 |
| | |
| /s/ *Jonathan H. Pittman* | Jeffrey@LawOfficeOfJeffreyLight.com |
| JONATHAN H. PITTMAN [430388] | |
| Assistant Deputy Attorney General | *Counsel for Plaintiff* |
| Civil Litigation Division | |
| | |
| /s/ *Martha J. Mullen* | |
| MARTHA J. MULLEN [419036] | |
| Senior Assistant Attorney General | |
| (202) 724-6612 | |
| martha.mullen@dc.gov | |

<u>/s/ *Tram T. Pham*</u>
TRAM T. PHAM\*
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
Telephone: (202) 724-6644
Email: tram.pham@dc.gov

*Counsel for Defendants*

*\*Admitted to practice only in California. Practicing in the District of Columbia under the direct supervision of Martha J. Mullen, a member of the D.C. Bar, pursuant to D.C. Court of Appeals Rule 49(c)(4).*